**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMABELLE PAGDANGANAN,<br><br>          Plaintiff,<br><br>     v.<br><br>PHYLLIS C. HATTIS,<br><br>          Defendant. | Case No.: 25-cv-10087-KPF<br><br><br>**MEMO ENDORSED** |

### DEFENDANT PHYLLIS HATTIS' MOTION TO SET ASIDE DEFAULT AND <u>REQUEST TO FILE RESPONSE</u>

Pursuant to Federal Rule of Civil Procedure 55(c), Defendant Phyllis C. Hattis ("Defendant"), by and through her undersigned attorneys, respectfully moves for an order granting her Motion to Set Aside Default and Request to File a Response. In support of this motion, Defendant submits the annexed Memorandum of Law which is being served contemporaneously herewith.

Respectfully submitted this 12th day of March, 2026.

*/s/ Krystina Garda*
Krystina Garda
Christie R. McGuinness
**SAUL EWING LLP**
1270 Avenue of Americas, Suite 2800
New York, New York 10020
Tel: (212) 980-7200
Krystina.garda@saul.com
Christie.mcguinness@saul.com

Jodi A. Avila (*pro hac vice application forthcoming*)
**JUN AVILA PLLC**
9100 S. Dadeland Blvd, Suite 1500
Miami, Florida 33156
(786) 709-0914
jodi@junavila.com


*Attorneys for Defendant*
*Phyllis C. Hattis*

Crediting the factual assertions made in Defendant's motion, the Court GRANTS Defendant's motion to set aside default and respond to the complaint by March 20, 2026.  The Clerk of Court is directed to VACATE the certificate of default at docket entry 7 and is further directed to terminate the pending motion at docket entry 9.

The Court will enter a Mediation Referral Order under separate cover.


Dated:     March 13, 2026          SO ORDERED.
           New York, New York


HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

-2-